UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
Western Division

UNITED STATES OF AMERICA

-vs-

Case No. 06-227-0

RUBEN RAMIREZ AKA JOEL JIMINEZ

## FINDINGS AND ORDER ON REMOVAL PROCEEDINGS PURSUANT TO RULE 40, FED.R.CRIM.P.

**RUBEN RAMIREZ AKA JOEL JIMINEZ**, having been arrested and presented before me for removal proceedings pursuant to Rule 40, Federal Rules of Criminal Procedure, and having been informed of the rights specified in Rule 5 (c) thereof, and of the provisions of Rule 20, the following has occurred of record.

An Initial Appearance on the Rule 40 Violation of Conditions of Supervised Release from MD/TN (Nashville) was held on March 21, 2006.

After hearing the evidence, and based on the defendant's waiver of identity hearing, I find that **RUBEN RAMIREZ AKA JOEL JIMINEZ** is the person named in the warrant for arrest, a copy of which has been produced.

No preliminary examination has been held because the defendant elects to have the preliminary examination conducted in the district in which the prosecution is pending.

It is, therefore,

**ORDERED** that **RUBEN RAMIREZ AKA JOEL JIMINEZ** be held to answer in the district court in which the prosecution is pending. Final Commitment given to the U.S. Marshal.

**DONE** and **ORDERED** in Chambers in Tennessee this 22nd day of March, 2006.

s/Diane K. Vescovo

DIANE K. VESCOVO
UNITED STATES MAGISTRATE JUDGE